3

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

**Felix Recio,  Judge Presiding**
**Southern District of Texas, Brownsville Division**

OCT 1 9 2000

Michael N. Milby
Clerk of Court

Date                    : Oct 19, 2000, 2:00 pm                    .
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### C.A. NO. B00-114 (HGT)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA          *     M H Cersonsky
      VS                          *
VICTOR GARCIA                     *


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INITIAL PRETRIAL CONFERENCE

The parties did not appear.

(Later: Mr. Cersonsky, Plaintiff's attorney, telephonically informed the Court
that a motion to dismiss will be filed.)