IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-114 |
| § | (Claim No. C100-03244) |
| VICTOR GARCIA, § | |
| § | |
| Defendant. § | |

## USA'S TO DISMISS WITHOUT PREJUDICE

The Honorable Magistrate Judge Felix Recio:

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Victor Garcia without prejudice, and would respectfully show the Court that it has been unsuccessful in the location and service of the Complaint on the Defendant.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Garcia, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested on October 19, 2000, to Defendant at:

Victor Garcia
E. Main N. and County Rd.
Sebastian, TX 78594

_____
M. H. Cersonsky